1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| INTERNATIONAL ODDITIES, INC., a California corporation, ,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT RECORD, an individual doing business as Ahia Factory, Same plant as International Oddities,<br><br>    Defendant. | Case No. CV 12-3934 CAS (RZx)<br><br>[PROPOSED] **FINAL JUDGMENT**<br><br>Honorable Christina A. Snyder<br><br>Trial Date:     N/A |
|---|---|

1   This matter having come before the Court and the Court having granted
2   summary judgment in favor of plaintiff International Oddities, Inc. on all claims for
3   relief set forth in the Complaint For: (1) Trademark Infringement; (2) Cyberpiracy;
4   (5) False Advertising; and (7) State Unfair Competition in this action;

5   IT IS NOW, THEREFORE ORDERED, ADJUDGED, AND DECREED that,
6   in accordance with the Court's July 22, 2013 Order, judgment is hereby entered in
7   this case in favor of Plaintiff and against Defendant, Scott Record.

8   IT IS NOW, THEREFORE ORDERED, ADJUDGED, AND DECREED that,
9   Defendant, Scott Record, is liable to pay plaintiff in the amount of $2,000.00 as
10  statutory damages, under 15 U.S.C. §1117(d).

11  This Court shall retain jurisdiction of this suit for the purpose of determining
12  the attorneys' fees to be awarded to plaintiff.

13  There being no just reason for delay in the entry of this Final Judgment, the
14  Clerk of the Court is directed to enter this Final Judgment forthwith, pursuant to
15  Rule 58 of the Federal Rules of Civil Procedure.

17  **IT IS SO ORDERED.**

19  DATED: September 6, 2013

*Christina A. Snyder*

The Honorable Christina A. Snyder,
United States District Judge